UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  DAVID BUSTILLOS, a/k/a Chapito,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Change of Plea Hearing set for Friday, August 19, 2011, at 10:00 a.m. is **VACATED** and **RESET** to **Wednesday, August 31, 2011, at 2:00 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  June 14, 2011