IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.  DAVID BUSTILLOS**,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion for the Three Level Acceptance of Responsibility Reduction Pursuant to §3E1.1 of the United States Sentencing Guidelines (ECF Doc. No. 129), filed November 17, 2011, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  January 30, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE