IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-000531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3. DAVID BUSTILLOS**,

    Defendant.

---

**ORDER DISMISSING REMAINING COUNTS OF INDICTMENT
AS TO DEFENDANT DAVID BUSTILLOS ONLY**

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Remaining Counts of the Indictment as to Defendant David Bustillos. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that Government's Motion to Dismiss the Remaining Counts of the Indictment as to Defendant David Bustillos (ECF Doc. No. 130), filed November 17, 2011, is **GRANTED.** It is further

ORDERED that pursuant to the plea agreement, Count Five of the Indictment is **DISMISSED** as to Defendant David Bustillos only.

Dated: January 30, 2012.

                                                    BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  WILEY Y. DANIEL,
                                                  CHIEF UNITED STATES DISTRICT JUDGE